TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
LOUISE ANZINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-797 MHP |
| Plaintiff, | [PROPOSED] ORDER MODIFYING DEFENDANT ANZINI'S CONDITIONS OF PRE-TRIAL RELEASE TO PERMIT TRAVEL WITHIN THE EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| LOUISE, ANZINI, et al., | |
| Defendant. | |

GOOD CAUSE APPEARING, in that the defendant's daughter and step son each live in the Eastern District of California, Assistant U.S. Attorney DAVID HALL and U.S. Pre-Trial Services Officer TIMOTHY ELDER have no objection to her pre-trial travel restrictions being extended to the Eastern District of California,

IT IS HEREBY ORDERED that defendant LOUISE ANZINI's pre-trial conditions of release are modified to permit her travel to the Eastern District of California.

DATED:  9/18/2006

_____
Judge Marilyn H. Patel

IT IS SO ORDERED