1  KEVIN V. RYAN (CABN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney

5

6  450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 271-3059

7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )       No.    CR 05-00797 MHP
                                       )
13         Plaintiff,                  )       [PROPOSED] ORDER EXCLUDING
                                       )       TIME FROM NOVEMBER 13, 2006 TO
14     v.                              )       DECEMBER 11, 2006 FROM THE
                                       )       SPEEDY TRIAL ACT CALCULATION
15  LOUISE ANZINI,                     )       (18 U.S.C. § 3161(h)(8)(A))
                                       )
16         Defendant.                  )
                                       )
17  ─────────────────────────────────

18         On November 13, 2006, the parties appeared before the Honorable Marilyn Hall Patel for

19  a status conference in that matter.  At that appearance, defense counsel stated that new defense

20  counsel was joining the case and that counsel needed additional time to review discovery and

21  become familiar with the matter.  The Court found that time should be excluded from the Speedy

22  Trial Act for continuity of counsel.  The matter was continued to November 27, 2006 for further

23  status.  On that date the parties again appeared, and new defense counsel informed the Court that

24  they would be substituting into the case.  Counsel also indicated that he needed additional time to

25  review discovery and would be unavailable for a portion of the time before the next hearing date.

26  The Court continued the matter to December 11, 2006, for change of plea or further status, and

27  found that time should be exclude time from the Speedy Trial Act calculation based on the need

28  for effective preparation and continuity of defense counsel.

1    With the agreement of the parties, and with the consent of the defendant, the Court enters

2    this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

3    from November 13, 2006 to December 11, 2006.

4    The parties agree, and the Court finds and holds, as follows:

5    1. The defendant is out of custody.

6    2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

7    the need for effective preparation and continuity of defense counsel.

8    3. Counsel for the defense believes that the exclusion of time is in his client's best

9    interest.

10    4. Given these circumstances, the Court finds that the ends of justice served by excluding

11    the period from November 13, 2006, to December 11, 2006, outweigh the best interest of the

12    public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

13    5. Accordingly, and with the consent of the defendant, the Court orders that the period

14    from November 13, 2006, to December 11, 2006 be excluded from Speedy Trial Act calculations

15    under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

16

17    STIPULATED:

18

19    DATED: 12/6/06                    _____
                                        TED W. CASSMAN
20                                      Attorney for Defendant

21

22    DATED: 12/11/06                   _____
                                        KIRSTIN M. AULT
23                                      Assistant United States Attorney

24

25    IT IS SO ORDERED.

26

27    DATED: _____12/13/06_____         _____
                                        HON. MARILYN HALL PATEL
28                                      United States District Judge

2