TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
LOUISE ANZINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> LOUISE ANZINI, et al., <br> Defendants. | NO. CR 05-797 MHP <br><br> STIPULATION AND ORDER MODIFYING DEFENDANT'S RELEASE CONDITIONS |

It is hereby stipulated by and between the parties that Defendant Louise Anzini's conditions of release may be modified to permit her to travel outside the Northern District of California with the prior approval of Pretrial Services.

DATED: January 10, 2007

*/s/ Ted W. Cassman*
Ted W. Cassman, for
Defendant Louise Anzini

DATED: January 11, 2007

*/s/ Kirstin Ault*
Kirstin Ault, Assistant U.S
Attorney

1

## ORDER

Based upon the parties' stipulation and good cause appearing therefor, it is ORDERED that Defendant Louise Anzini's conditions of release are modified to permit her to travel outside the Northern District of California with the prior approval of Pretrial Services..

DATED: January 16, 2007

_____
Nandor Vadas,
United States Magistrate Judge

2