TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
LOUISE ANZINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-797 MHP |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| LOUISE ANZINI, et al., | |
| Defendants. | |

It is hereby stipulated by and between the United States and defendant Louise Anzini that the date currently set for a hearing and status conference in her matter, March 19, 2007, should be continued to, April 23, 2007, at 10:00 a.m. Said continuance is necessary because defense counsel recently completed a two week jury trial, defendant Anzini has been unavailable to assist counsel due to the very serious illness of both of her parents (requiring her full time care) over the last month and a half, and the anticipated resolution of this matter requires approval by the Department of Justice in Washington D.C. It is further stipulated that the time between March 19, 2007 and April 23, 2007, should be excluded from the Speedy Trial Act calculations in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

//

1

DATED: March 15, 2007

*[signature]*
Ted W. Cassman, for
Defendant Louise Anzini

DATED: ~~January 31~~ March 15, 2007

*[signature]*
Kirstin Ault, Assistant U.S Attorney

## ORDER

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ORDERED that the date currently set for a hearing and status conference, March 19, 2007, be continued to, April 23, 2007, at 10:00 a.m. The Court finds that this continuance is necessary because defense counsel recently completed a two week jury trial, defendant Anzini has been unavailable to assist counsel due to the very serious illness of both of her parents (requiring her full time care) over the last month and a half, and the anticipated resolution of this matter requires approval by the Department of Justice in Washington D.C. It is further ORDERED that the time between March 19, 2007 and April 23, 2007, should be excluded from the Speedy Trial Act calculations in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: ~~February~~ MARCH 16, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court, Northern District of California