1  TED CASSMAN (SBN 98932)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Phone: 510.845.3000
   Fax: 510.845.3003
4
   Attorneys for Defendant
5  LOUISE ANZINI

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO VENUE

10

11 UNITED STATES OF AMERICA,            NO. CR 05-797 MHP

           Plaintiff,                   [PROPOSED] ORDER
12 vs.                                  EXONERATING DEFENDANT
                                        ANZINI'S BOND AND FOR
13                                      RETURN OF PASSPORT
   LOUISE, ANZINI, et al.,
14
           Defendant.
15 _____/

16     Judgment having been imposed in this matter and good cause appearing

17 therefor, it is hereby ORDERED (1) that the bond is exonerated, that the Clerk shall

18 execute all necessary documentation for reconveyance of the deeds of trust for the

19 properties securing the bond in this matter and (3) that the Clerk shall return defendant

20 ANZINI's passport to her.   *

21 Dated: September 19, 2007

22
                                        IT IS SO ORDERED
23                                      _____
                                        MARILYN H. PATEL
24                                      United States Judge Marilyn H. Patel

25

26

27   * Defendant is reminded that her travel is circumscribed by this court's orders at sentencing and
       contained in the Judgment & Commitment Order.
28